1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. BOX 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
   JACQUE GONZALEZ            )        Case No. CIV-07-2567 CMK
11 xxx-xx-7071                )
                              )
12                            )
                              )        STIPULATION AND ORDER
13          Plaintiff,        )        EXTENDING PLAINTIFF'S TIME TO
                              )        FILE MEMORANDUM IN SUPPORT
14 v.                         )        OF SUMMARY JUDGMENT
                              )
15 MICHAEL J. ASTRUE          )
   Commissioner of Social Security )
16 of the United States of America, )
                              )
17          Defendant.        )
                              )
18                            )

19
          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the
20
   permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in
21
   this case is hereby extended from May 6, 2008 to June 13, 2008. This is plaintiff's first extension and
22
   is required due to plaintiff's counsel's very heavy briefing schedule.
23

24
   / / / /
25
   / / / /
26
   / / / /
27

28

                                                1

1

2    Dated: May 5, 2008                          /s/Bess M. Brewer
                                                 BESS M. BREWER
3                                                Attorney at Law

4                                                Attorney for Plaintiff

5

6
     Dated: May 5, 2008                          McGregor W. Scott
7
                                                 United States Attorney
8
                                                 /s/ Donna M. Montano
9                                                DONNA M. MONTANO
                                                 Special Assistant U.S. Attorney
10                                               Social Security Administration

11                                               Attorney for Defendant

12

13                                                **ORDER**

14   APPROVED AND SO ORDERED.

15

16

17    DATED: May 7, 2008

18                                               _____
                                                 **CRAIG M. KELLISON**
19                                               UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

                                          2