1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUE GONZALEZ ) | Case No. CIV-07-2567 CMK |
| ) | |
| ) | **STIPULATION AND ORDER** |
| Plaintiff, ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security ) | |
| of the United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 14, 2008 to July 17, 2008.  This short additional extension is required due to plaintiff's counsel's very heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

1 | Dated: July 14, 2008         */s/Bess M. Brewer*
                                 BESS M. BREWER
2                                Attorney at Law

3                                Attorney for Plaintiff

4

5
    Dated: July 14, 2008          McGregor W. Scott
6
                                  United States Attorney
7
                                  */s/  Donna W. Anderson*
8                                 DONNA W. ANDERSON

                                  Special Assistant U.S. Attorney
9                                 Social Security Administration

10                                Attorney for Defendant

11

12                                      **ORDER**

13  APPROVED AND SO ORDERED.

14

15

16   DATED: July 14, 2008

17
                                  _____
18                                **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

2